**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CYNTHIA DELAUGHTER,**
individually and on behalf of all
others similarly situated,,

    **Plaintiff,**

**v.**                                                                                      **CASE NO:  8:16-cv-03302-MSS-AEP**

**ESA MANAGEMENT, LLC**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, CYNTHIA DELAUGHTER, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, ESA MANAGEMENT, LLC, has been settled.

Dated this 1st day of August, 2018.

                                          Respectfully submitted,

                                          */s/Brandon J. Hill*
                                          Brandon J. Hill
                                          Florida Bar No. 37061
                                          Wenzel Fenton Cabassa P.A.
                                          1110 N. Florida Avenue
                                          Suite 300
                                          Tampa, Florida 33602
                                          Main No.: 813-224-0431
                                          Direct No.: (813) 337-7992
                                          Facsimile No.: 813-229-8712
                                          Email: bhill@wfclaw.com
                                          Email: twells@wfclaw.com
                                          **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Allison Renae Bekavac
Joseph P. Harkins
Kimberly Doud
Littler Mendelson, P.C.1150 17th Street, N.W.
Suite 900
Washington, D.C. 20036
Email: jharkins@littler.com
Email: abekavac@littler.com;vking@littler.com
Email: kdoud@littler.com

*/s/Brandon J. Hill*
Brandon J. Hill