UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA DELAUGHTER,**
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**ESA MANAGEMENT LLC,**

    Defendant.

Case No.: 8:16-cv-03302-MSS-AEP

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff CYNTHIA DELAUGHTER and Defendant ESA MANAGEMENT LLC, by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

DATED this 1st day of October, 2018.

| | |
|---|---|
| BY: /s/ Brandon J. Hill | BY: /s/ Allison Renae Bekavac |
| LUIS A. CABASSA, Esquire | Joseph P. Harkins, Esquire (Lead |
| Florida Bar Number: 0053643 | Counsel), Pro Hac Vice |
| Direct No.: 813-379-2565 | Email: jharkins@littler.com |
| DONNA V. SMITH | Kimberly J. Doud, Esquire |
| Florida Bar Number: 661201 | Florida Bar No.: 523771 |
| Direct No. 813-386-0995 | Email: kdoud@littler.com |
| BRANDON J. HILL | Allison Renae Bekavac, Esquire |
| Florida Bar Number: 37061 | Florida Bar No.: 105733 |
| Direct No.: 813-337-7992 | Email: abekavac@littler.com |
| WENZEL FENTON CABASSA, P.A. | LITTLER MENDELSON, P.C. |
| 1110 North Florida Avenue, Suite 300 | 111 N. Magnolia Avenue, Suite 1250 |
| Tampa, FL 33602 | Orlando, Florida 32801-2366 |
| Main No.: 813-224-0431 | Telephone:  (407) 393-2900 |

12

Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: dsmith@wfclaw.com
Attorneys for Plaintiff

Facsimile:   (407) 393-2929
Attorneys for Defendant
ESA MANAGEMENT, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 1st day of October 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Allison Renae Bekavac*

13