UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA DELAUGHTER**, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                         Case No: 8:16-cv-3302-T-35AEP

**ESA MANAGEMENT LLC,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 60), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of October, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party